02-11-481-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00481-CV

 

 


 
 
 Harwood Homes, L.P.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Steven Daniels and Kelley Daniels
 
 
  
 
 
 APPELLEES
 
 


 

------------

 

FROM THE 236th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Dismissal Of Appeal.”  It
is the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
WALKER, MCCOY, and MEIER, JJ.  

 

DELIVERED:
 March 29, 2012









[1]See Tex. R. App. P. 47.4.